_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 25, 2014**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re SHIRLEY A. PATRICK, | ) | |
| | ) | |
| Debtor | ) | Case No. 13-51664-KMS |
| | ) | Chapter 7 |
| _____ | ) | |
| KIMBERLY R. LENTZ, as Chapter 7 Trustee for the Bankruptcy Estate of SHIRLEY A. PATRICK, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Case No. 14-05016-KMS |
| | ) | |
| LEGAL HELPERS DEBT RESOLUTION, LLC MACEY, ALEMAN, HYSLIP & SEARNS, THOMAS G. MACEY, JEFFERY J. ALEMAN, JEFFREY HYSLIP, and JASON SEARNS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER
## <u>ORDER GRANTING ADMISSION OF MR. JOHNSON</u>
## <u>AND MR. ELLIOTT PRO HAC VICE</u>

This matter having come before the Court on Motion of the Plaintiff (Adv. Dkt. #14) (the "Motion") seeking reconsideration of the Order grating Derek's Johnson's Motion for Admission Pro Hac Vice (Adv. Dkt. # 13) (the "Order") for the Defendants Legal Helpers Debt Resolution,

LLC, Thomas G. Macey, Jason Searns, Jeffrey Aleman, and Jeffrey Hyslip, and the Motion of the Plaintiff (Adv. Dkt. ~~14~~ 32) seeking reconsideration of the Order Grating Timothy Elliott's Motion to Appear Pro Hac Vice (Adv. Dkt. #29), and the Court being fully advised in the premises and having heard arguments of counsel does hereby find that said Motions are not well-taken and are therefore, **DENIED**.

## END OF ORDER ##

Approved by:
By: /s/ Stephanie G. Beaver_____

    STEPHANIE G. BEAVER- BAR #100237
    sbeaver@danielcoker.com
    DANIEL COKER HORTON AND BELL, P.A.
    1712 15th STREET, SUITE 400
    POST OFFICE BOX 416
    GULFPORT, MS 39502-0416
    TELEPHONE: (228) 864-8117
    FACSIMILE: (228) 864-6331
    Counsel for Defendants

By: /s/ Jason Graeber
    Jason Graeber
    2462 Pass Road
    Biloxi, MS 39531
    Tel: (228) 207-7117
    Fax: (228) 868-2554
    E-mail: jason@jasongraeberlaw.com
    Counsel for Plaintiff

Submitted by:

By: /s/ Stephanie G. Beaver_____

    STEPHANIE G. BEAVER- BAR #100237

    DANIEL COKER HORTON AND BELL, P.A.
    1712 15th STREET, SUITE 400
    POST OFFICE BOX 416
    GULFPORT, MS 39502-0416
    TELEPHONE: (228) 864-8117
    FACSIMILE: (228) 864-6331